179 So.2d 641

**Raymond S. MUSSO et ux.**

**v.**

**PICCADILLY CAFETERIAS, INC., et al.**

No. 47979.

Nov. 23, 1965.

In re: Piccadilly Cafeterias, Inc., and National Surety Corporation applying for certiorari, or writ of review, to the Court of Appeal, First Circuit, Parish of East Baton Rouge, 178 So.2d 421.

The application is denied. There appears no error of law in the judgment complained of.

179 So.2d 641

**CITY OF NEW ORLEANS**

**v.**

**Ulysses TANNER.**

No. 47989.

Nov. 23, 1965.

In re: Ulysses Tanner applying for writs of certiorari, mandamus and prohibition.

Writs refused. No bills of exception perfected. The application as filed in this court is insufficient for our consideration of the sufficiency of the charge. See La. Code Crim.Proc. Art. 422(1), R.S. 15:422 (1), and State ex rel. Cotonio v. Judge, 105 La. 758, 30 So. 105, and authorities therein cited.